UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:19-cr-00544-MC |
| v. | **FINAL ORDER OF FORFEITURE**<br>Fed. R. Crim. P. 32.2(c)(2) |
| **TIMOTHY SHAW LAIR,** | |
| **Defendant.** | |

On August 30, 2021, this Court entered a Preliminary Order of Forfeiture, ordering defendant Timothy Lair to forfeit all of his right, title, and interest in the following assets:

    a.    One Motorola Cell Phone Moto G-6 Play;

    b.    One 32 GB Micro SD card (from Item a) with SIM card;

    c.    One red PNY thumb drive (item 3);

    d.    One blue PNY thumb drive (item 4);

    e.    One red PNY thumb drive (item 5);

    f.    One blue PNY thumb drive (item 6);

    g.    One ZTE Xell Phone from room B;

    h.    One CD-R from Desktop from room B;

      i.        One Desktop HP Pavilion from room B; and

      j.        One Laptop HP from room C.

Pursuant to 21 U.S.C. § 853(n), third parties asserting a legal interest in the above-described forfeited property are entitled to a judicial determination of the validity of the legal claims or interests they assert.

Notice of this criminal forfeiture was published on the official government internet site (www.forfeiture.gov) for 30 consecutive days beginning on September 1, 2021. It stated the intent of the United States to dispose of the property in accordance with the law and notified all third parties of their right to petition the Court within sixty (60) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

One petition was subsequently filed.  A Settlement Agreement between the government and the petitioner was reached and filed with this Court.

No other timely petitions have been filed with this Court and the time for filing has expired.

The Court finds that defendant had an interest in the above-described property that is subject to forfeiture pursuant to 18 U.S.C. § 2253.

IT IS HEREBY ORDERED AND ADJUDGED that pursuant 18 U.S.C. § 2253, all right, title, and interest to:

      a.        One Motorola Cell Phone Moto G-6 Play;

      b.        One 32 GB Micro SD card (from Item a) with SIM card;

      c.        One red PNY thumb drive (item 3);

      d.      One blue PNY thumb drive (item 4);

      e.      One red PNY thumb drive (item 5);

      f.      One blue PNY thumb drive (item 6);

      g.      One ZTE Xell Phone from room B;

      h.      One CD-R from Desktop from room B;

      i.      One Desktop HP Pavilion from room B; and

      j.      One Laptop HP from room C.

is hereby forfeited and vested in the United States of America, free and clear of the claims of any person, including defendant Timothy Lair. The United States Government is directed to dispose of the property in accordance with the law.

The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

IT IS SO ORDERED this  3rd  day of     February          2022.

                                              s/Michael J. McShane
                                              HONORABLE MICHAEL J. MCSHANE
                                              United States District Judge

Presented by:

SCOTT ERIK ASPHAUG, OSB #833674
United States Attorney

*s/ Judith R. Harper*
**JUDITH R. HARPER, OSB #903260**
Assistant United States Attorney